# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TYRONE R. SMITH
ADC #133772                                                                                                                            PLAINTIFF

v.                                                   4:24-cv-00780-JM

WELLPATH INCORPORATED,
Health Care Provider, ADC, *et al.*                                                            DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Doc. 5) Plaintiff has filed objections stating he wants to amend under Rule 15, but he has not provided any information about how his proposed amended allegations would survive screening pursuant to 28 U.S.C. §1915A. After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 5th day of November, 2024.

                                                                              UNITED STATES DISTRICT JUDGE